**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Kingsbridge Holdings, LLC, et al. v. Pitney Bowes, Inc., et al.

Case Number: 1:24-cv-12906

An appearance is hereby filed by the undersigned as attorney for:

Kingsbridge Holdings, LLC and Trilogy Leasing Co., LLC

Attorney name (type or print): Daniel Weiss

Firm: Jenner & Block

Street address: 353 N Clark St

City/State/Zip: Chicago, IL 60654

Bar ID Number: 6256843
(See item 3 in instructions)

Telephone Number: 312-923-4517

Email Address: DWeiss@jenner.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ Yes | ☑ No |
| Are you a member of the court's general bar? | ☑ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☑ Yes | ☐ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ☑ No |
| If this case reaches trial, will you act as the trial attorney? | ☑ Yes | ☐ No |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 9/2/2025

Attorney signature: S/ Daniel Weiss
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023