**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| KINGSBRIDGE HOLDINGS, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>PITNEY BOWES INC. and PITNEY BOWES PRESORT SERVICES, LLC,<br><br>*Defendants*. | Case No. 24-cv-12906<br>Hon. Sara L. Ellis |

# JOINT STATUS REPORT

Defendants Pitney Bowes Inc. ("PBI") and Pitney Bowes Presort Services, LLC ("Presort") and Plaintiff Kingsbridge Holdings, LLC ("Kingsbridge") submit this Joint Status Report, pursuant to the Court's May 11, 2026, Minute Entry. (Dkt. 106).

As ordered by the Court, Plaintiff produced 56 documents, comprising 3,561 pages, to Defendants on May 14, 2026. Defendants are reviewing the production, and the parties plan to confer later this week to determine whether they require further guidance from the Court. The Court had tentatively proposed that the parties could be heard again on May 21, 2026. In light of the ongoing meet and confer, no hearing on Thursday is needed. The parties will follow up as needed to resolve any remaining disputes.

Dated: May 19, 2026

By: */s/ David Pustilnik*

Christopher Esbrook
David Pustilnik
ESBROOK P.C.
321 N. Clark, Suite 1930
Chicago, IL 60654
(312) 319-7680
christopher.esbrook@esbrook.com
david.pustilnik@esbrook.com

-and-

Mitchell A. Karlan, *pro hac vice*
Mary Beth Maloney, *pro hac vice*
Jonathan Fortney, *pro hac vice*
Salah M. Hawkins, *pro hac vice*
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
(212) 351-4000
mkarlan@gibsondunn.com
mmaloney@gibsondunn.com
jfortney@gibsondunn.com
shawkins@gibsondunn.com

-and-

Thomas A. Manakides, *pro hac vice*
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive, Suite 1200
Irvine, CA 92612
(949) 451-4000
tmanakides@gibsondunn.com

*Attorneys for Defendants Pitney Bowes Inc. and Pitney Bowes Presort Services, LLC*

By: */s/ Dean N. Panos*

Dean N. Panos
Catherine Steege
Thomas E. Quinn
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: (312) 923-2952
Email: dpanos@jenner.com
csteege@jenner.com
tquinn@jenner.com

*Counsel to Kingsbridge Holdings, LLC*